IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02628-LTB-MEH

GEORGE W. WALKER,

    Plaintiff,

v.

UNIVERSITY OF COLORADO BOARD OF REGENTS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 22, 2008.**

    Pending before the Court is Plaintiff's Motion to Demand that the Defendant Answer the Complaint [filed February 19, 2008; doc #6]. As Plaintiff is proceeding *pro se* in this matter, his pleadings are to be liberally construed. *See Haines v. Kerner,* 404 U.S. 519, 520 (1972). Therefore, the Court construes Plaintiff's motion as a request for clarification of the date on which the Defendant is required to file an answer or other responsive pleading to the Complaint. As such, the Court will **grant** Plaintiff's request for clarification.

    The docket in this case reflects that an executed Notice of Lawsuit and Request for Waiver of Service of Summons pursuant to Fed. R. Civ. P. 4(d) ("Waiver") was filed on February 6, 2008. The Waiver reflects that it was originally executed by Plaintiff and sent to counsel for Defendant on December 18, 2007. Defendant's counsel signed the Waiver stating that he "accepted service of process pursuant to Fed. R. Civ. P. 4(d)(3) on the 3rd of January, 2008" and lined out the original December 18, 2007 date, changing it instead to January 3, 2008. With these changes noted, Plaintiff then re-signed the Waiver on February 6, 2008 and filed the Waiver with the Court.

    According to Rule 4(d)(3), a defendant is required to respond to the Complaint within "60 days after the date on which the request for waiver of service was sent." Since both Plaintiff and Defendant in this case agreed in writing to the amended date of January 3, 2008, then an answer or other responsive pleading is due to be filed 60 days after the amended date.