IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02628-LTB-MEH

GEORGE W. WALKER,

    Plaintiff,

v.

UNIVERSITY OF COLORADO BOARD OF REGENTS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 25, 2008.**

    Plaintiff's Motion for Order to have Court Officials Present [filed February 20, 2008; doc #11] is **denied**. Plaintiff references a "2-25-2008 meeting" for the "Pre-Scheduling Conference" in his motion and attachment. However, the meeting is for the purpose of a conference pursuant to Fed. R. Civ. P. 26(f), at which the parties only are to meet and confer in good faith regarding the claims, defenses, possible settlement of the matter and a proposed discovery plan for the case.