IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02628-LTB-MEH

GEORGE W. WALKER,

    Plaintiff,

v.

UNIVERSITY OF COLORADO BOARD OF REGENTS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 25, 2008.**

    Plaintiff's Motion for Clarification Regarding the 2/25/2008 Pre-Scheduling Conference [filed February 20, 2008; doc #8] is **granted**. As Plaintiff is proceeding *pro se* in this matter, his pleadings are to be liberally construed. *See Haines v. Kerner,* 404 U.S. 519, 520 (1972). Therefore, the Court construes Plaintiff's reference to the "2/25/2008 Pre-Scheduling Conference" as to the conference required under Fed. R. Civ. P. 26(f). Plaintiff asks: "how can the Plaintiff rationally comply with the Court's Minute Order to prepare a Pre-Scheduling Conference document 5 days before the 2-25-2008 Pre-Scheduling Conference?" Pursuant to Rule 26(f), no document is required to be prepared five days prior to the parties' conference. Rather, the parties confer under Rule 26(f) in preparation of the proposed scheduling order that is required to be submitted five days before the Scheduling Conference, which, in this case, is set for March 17, 2008.