**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-02628-LTB-MEH

GEORGE W. WALKER,

    Plaintiff,

v.

UNIVERSITY OF COLORADO BOARD OF REGENTS,

    Defendants.
_____

**ORDER OF ADMINISTRATIVE CLOSURE**
_____


THIS MATTER is before the Court on the Stipulated Motion to Administratively Close Case (Doc 32 - filed March 19, 2008), it is therefore

ORDERED that the motion is GRANTED and this case is deemed **ADMINISTRATIVELY CLOSED** pursuant to D. Colo. LR 42.1, subject to being reopened upon motion of any party for good cause shown. This matter need not be reopened for submission of final settlement documents.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED: March 20, 2008